UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ACE INITIATIVE LLC, et al., | Case No.: 2:20-cv-00645-APG-BNW |
| Plaintiffs | **Order** |
| v. | |
| RAYMOND SCOTT, et al., | |
| Defendants | |

Defendants Raymond Scott and Troy Fobbs filed a second petition for removal in this case. ECF No. 32. The second notice of removal should not have been filed in this closed case, and instead should have been filed as a new case for random assignment. Consequently, I direct the clerk of court to open a new case as of March 15, 2021 based on the second notice of removal at ECF No. 32. I order the defendants to pay the filing fee for the new case by March 26, 2021.

I THEREFORE ORDER the clerk of court to open a new case as of March 15, 2021 for random assignment based on the notice of removal at ECF No. 32.

I FURTHER ORDER that the removing defendants shall pay the filing fee for the new case by March 26, 2021.

DATED this 16th day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE